PEOPLE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Proceeding by the People of the State of New York against Richard White. Karlin & Busch, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. WHITRIDGE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York against Frederick W. Whitridge, as receiver, etc. No opinion. Motion granted.

PEOPLE, Respondent, v. WOHL, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York against Morris Wohl. A. J. Levy, for appellant. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. YEANDLE. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Proceeding by the People of the State of New York against George W. Yeandle. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE ex rel. ALDEN SPEARES SONS CO., Appellant, v. PURDY et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York, on the relation of the Alden Speares Sons Company, against Lawson Purdy and others, as commissioners, etc. C. H. Luscomb, for appellant. C. A. Peters, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BATES v. BAKER. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of George W. Bates, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. BRYAN et al., Respondents, v. STATE BOARD OF TAX COM'RS, Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Proceeding by the People of the State of New York, on the relation of E. P. Bryan and others, as trustees of the New York & Long Island Railroad Company, against the State Board of Tax Commissioners. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Blackmar at Special Term. 67 Misc. Rep. 474, 123 N. Y. Supp. 609.

PEOPLE ex rel. CENTRAL TRUST CO., Respondent, v. PRENDERGAST, Comptroller, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of the Central Trust Company, against Wm. A. Prendergast, as Comptroller, etc. C. L. Barber, for appellant. B. E. V. McCarty, for respondent. No opinion. Order affirmed, with $10 costs. Order filed.

PEOPLE ex rel. CITY OF NEW YORK, Respondent, v. SMITH et al., Town Assessors, Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Charles W. Smith and others, as Assessors of the Town of Hempstead, in the County of Nassau. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CITY OF NEW YORK, Respondent, v. SMITH et al., Town Assessors, Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Charles W. Smith and others, as Town Assessors, etc. No opinion. Motion denied. See, also, supra.

PEOPLE ex rel. COHOES RY. CO., Appellant, v. PUBLIC SERVICE COMMISSION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of the Cohoes Railway Company, against the Public Service Commission of the State of New York, Second District. No opinion. Motion for stay granted, until the hearing and determination in the Court of Appeals, with leave to defendant to move to vacate the stay, if the appeal is not promptly prosecuted. See, also, 128 N. Y. Supp. 384.

PEOPLE ex rel. DUNCAN v. CLEMENT, Com'r. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York, on the relation of William H. Duncan, against Maynard N. Clement, as Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 134 App. Div. 462, 119 N. Y. Supp. 374.

PEOPLE ex rel. DWYER v. BINGHAM. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Proceeding by the People of the State of New York, on the relation of Harry F. Dwyer, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements, and writ dismissed.

PEOPLE ex rel. FREAN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme

Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Franklin Frean, against Henry S. Thompson, Commissioner, etc. No opinion. Order reversed, and writ dismissed, for laches in petitioning for it, with $50 costs and disbursements.

PEOPLE ex rel. FRONTIER ELECTRIC RY. CO., Appellant, v. CITY OF NORTH TONAWANDA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Proceeding by the People of the State of New York, on the relation of the Frontier Electric Railway Company, against the City of North Tonawanda and others. No opinion. Order (70 Misc. Rep. 91, 126 N. Y. Supp. 186) affirmed, with costs.

PEOPLE ex rel. GREEN, Appellant, v. STEINERT, City Magistrate, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of Jennie Green, against Henry Steinert, City Magistrate, etc. L. Levy, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LANGE, Appellant, v. PALMITER, Respondent. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Proceeding by the People of the State of New York, on the relation of John B. Lange, against Clinton C. Palmiter, a police officer, etc. L. Marshall, for appellant. T. Farley, for respondent. No opinion. Order affirmed, on opinion (128 N. Y. Supp. 426) of Newburger, J., in the court below. Order filed.

PEOPLE ex rel. LISK v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Proceeding by the People of the State of New York, on the relation of John W. Lisk, against the Board of Education, etc. C. A. Boston, for relator. C. McIntyre, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. McENERY v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Proceeding by the People of the State of New York, on the relation of John McEnery, against Theodore A. Bingham, as Commissioner. Grant & Rouss, for relator. Harry Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. McLAUGHLIN, Appellant, v. PRENDERGAST, City Comptroller, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Adelaide M. McLaughlin, as executrix of John J. McLaughlin, deceased,

against William A. Prendergast, as Comptroller of the City of New York. No opinion. Order (127 N. Y. Supp. 1057) affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MURTHA v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of John P. Murtha, against William F. Baker, Commissioner. R. F. Wagner, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. REID v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick J. Reid, against Theodore A. Bingham, as Commissioner. G. D. Lamb, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. RUPPERT, Respondent, v. O'DONNEL et al., Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of Jacob Ruppert, against Frank A. O'Donnel and others, as Commissioners, etc. C. A. Peters, for appellants. L. M. Howell, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

PEOPLE ex rel. SMITH, Appellant, v. ATCHINSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Proceeding by the People of the State of New York, on the relation of Peter H. Smith, against T. Edward Atchinson and others. No opinion. Writ of certiorari dismissed, stay of proceeding vacated, and proceeding affirmed, with $50 costs and disbursements.

PEOPLE ex rel. TROY GAS CO. v. HALL et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against Benjamin E. Hall and others, as the State Board of Tax Commissioners, and the City of Troy. No opinion. Motion granted. See, also, 128 N. Y. Supp. 361.

PEOPLE ex rel. TROY GAS CO. v. STATE BOARD OF TAX COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against the State Board of Tax Commissioners and another. No opinion. Decision heretofore made amended, so as to